# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:00-cv-710 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| GREG A. BROOKSBANK, | |
| Defendant, | |
| FINITURA, INC., | |
| Garnishee. | |

## ORDER QUASHING
## WRIT OF CONTINUING GARNISHMENT

This matter is before the Court on Plaintiff's Motion to Quash the Writ of Continuing Garnishment. (Doc. 25). Pursuant to 28 U.S.C. § 3205(10), and for good cause showing that the Garnishee in this action is in no manner under liability to Defendant Greg A. Brooksbank,

IT IS HEREBY ORDERED that the April 3, 2018 Writ of Continuing Garnishment against the property of Greg A. Brooksbank is quashed.

Date: 1/9/20

Timothy S. Black
United States District Judge